## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

HARLIN R. BROOKS
REG #26563-044                                                                    PLAINTIFF

v.                                    2:07CV00156 JLH/JTR

LINDA SANDERS,
Warden, FCI-FC, et al.                                                          DEFENDANTS

### ORDER

   The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

   IT IS THEREFORE ORDERED that:

   1. Defendants' Motion for  Summary Judgment (docket entry #21) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

   2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

   Dated this 29th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE